IN THE UNITED STATES DISTRICT COURT

DENVER COUNTY, COLORADO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 APR -7 AM 11:22
JEFFREY P. COLWELL
        CLERK
BY_____DEP. CLK
```

SANTAIGO ABREU
PLANTIFF

Plaintiff address
PALM BEACH FLORIDA
Actual address not listed in complaint

Plaintiff,

Vs.

TAVIN FOODS INC dba RIVERBEND MARKET & EATERY
Defendant

60006 US Hwy 285
Bailey Colorado 80421
Defendant address

Defendant

CASE NO. 16 cv 00432 GPG

MAGISTRATE: Gorden P. Gallagher

I am in receipt of the ORDER that has been produced by the court. Unfortunately the ORDER has no bearing on my ability to retain an attorney. I have spoken with consul and the retainer fee alone is unreachable.

Please note the Tavin Foods Inc. is a sub chapter S corporation and does not constitute the same structure as a full corporation financially or otherwise.

It is "right and just" that I should be able to defend my company and my life savings in this matter.

To this end I ask that my previous answers are reconsidered.

I also put forth a motion to dismiss for lack of subject matter jurisdiction under Federal Rule of the Civil Procedure 12(b)(1)

The Plaintiff's entire case is a boiler plate complaint that will NOT stand up to the scrutiny of the Court. Shotz v. Cates, 256 F 3rd 1077, 1082 (11th Circut2001)

The Plaintiff does not have Article III Standing, Standing to Sue Under Title III of the ADA, 27 Colo. Law. 51, 52 Mar (1998)

There are no violations at this facility instead this suit is a scheme to extract payment from the defendant, Brother VS Tiger Partner, LLC, 331 F Supp. 2nd 1368, 1375 (M.D.Fla 2004

It is highly unlikely that the Plaintiff has ever visited the establishment in question due to his residing in Florida and his profound handicap.   Molski v. Mandarin Touch Restaurant, 347F. Supp 2nd 860, 863 (C.D. Cal. 2004).

A corporation is a person Citizen's United. People have the right to a legal defense.


I again ask the Court to dismiss this serial suit.

Michael Abbondanza

PO Box 691

Bailey Co 80421

**CERTIFICATE OF SERVICE**

A copy of this document was served upon Plaintiff or upon Plaintiff's attorney at the following address: Brett N. Huff, Huff & Leslie, LLP 2480 Gray Street, Edgewater, CO. 80214 by ordinary U.S. Mail, postage pre-paid, this day of April 7th, 2016

_____

Michael Abbondanza